IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BRIAN L. WHITE,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Civil No. **06-618-WDS** |
| ) | |
| **CITY OF NEW ATHENS, et al.,** ) | |
| ) | |
| Defendants. ) | |

### ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's motion to compel the defendants to respond to outstanding discovery requests. **(Doc. 21).**

Plaintiff has failed to supply the Court with a copy of the discovery requests at issue, as required by 26.1(b)(3). Even when the basis of the motion is a failure to timely respond, the Court still reviews all discovery requests before compelling a party to respond. In any event, plaintiff's settlement statement indicates that all discovery is now complete.

**IT IS THEREFORE ORDERED** that plaintiff's motion to compel **(Doc. 21)** is **DENIED** in all respects.

IT IS SO ORDERED.

DATED: September 11, 2007

s/ Clifford J. Proud
CLIFFORD J. PROUD
U. S. MAGISTRATE JUDGE

1